# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER MARTIN

NO. 2026 KW 0148

**MAY 18, 2026**

---

In Re:   Christopher Martin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 713626.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED.** See the action of this court in **State v. Martin,** 2026-0147 (La. App. 1st Cir. 4/20/26), 2026 WL 1078225 (unpublished), wherein relator's writ seeking mandamus relief on the same issue was denied. Relator may seek review of the ruling denying the motion for enforcement of a plea bargain agreement without the necessity of obtaining a return date.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT